UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES WADE,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security

                Defendant.

Case No. C10-5596KLS

ORDER TO SHOW CAUSE

      This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C. § 405(g). To file a complaint and initiate legal proceedings plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

      By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the filing fee because he allegedly is unable to afford the costs necessary to proceed with his cause of action. On the application form he completed, plaintiff checked the box indicating he had received money from "[d]isability or workers compensation payments" during the past 12 months, but he did not describe "each source of money and state the amount received from each" during that period as directed to do by that form. (Dkt. #1). Without that information, the Court is unable to properly evaluate plaintiff's eligibility for *in forma pauperis* status.

ORDER - 1

Accordingly, the Court hereby finds and ORDERS as follows:

(1) Plaintiff shall seek to cure this deficiency by filing no later than **October 2, 2010**, the financial information described above.

**Failure to cure this deficiency by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.**

(2) The Clerk is directed to send a copy of this Order to counsel for plaintiff.

DATED this 2nd day of September, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2