UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHARLES WADE,

                              Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                              Defendant.

Case No. C10-5596BHS-KLS

REPORT AND RECOMMENDATION TO
DENY APPLICATION TO PROCEED *IN
FORMA PAUPERIS*

Noted for October 22, 2010

        This case has been referred to Magistrate Judge Karen L. Strombom pursuant to 28

U.S.C. § 636(b)(1) and Local Rule MJR 3 and 4.  This matter comes before the Court on

plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set

aside a decision of the Social Security Administration under 42 U.S.C. § 405(g).  Because

plaintiff's application indicates he has sufficient income with which to pay the $350.00 filing fee,

the undersigned recommends that the court deny the application.

DISCUSSION

        The district court may permit indigent litigants to proceed *in forma pauperis* upon

completion of a proper affidavit of indigency.  See 28 U.S.C. § 1915(a).  However, the Court has

broad discretion in denying an application to proceed *in forma pauperis*.  Weller v. Dickson, 314

F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).  By requesting the court to proceed

*in forma pauperis*, plaintiff is asking the government to incur the filing fee because he allegedly

is unable to afford the costs necessary to proceed with his cause of action.

REPORT AND RECOMMENDATION - 1

In his application, plaintiff indicates he receives $2,600.00 a month in benefits from the United States Department of Veterans Affairs. (Dkt. #1 and #3). While the undersigned recognizes that this does not constitute a substantial income, given that there are no other persons who are dependent upon plaintiff for support, it does not seem unreasonable to expect him to pay the required filing fee.

<u>CONCLUSION</u>

Because it is reasonable for plaintiff to incur the costs to proceed with this cause of action, the undersigned recommends that the Court deny his application to proceed *in forma pauperis*. Accordingly, the undersigned also recommends that the Court order plaintiff to pay the required filing fee within **thirty (30) days** of the Court's order.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedures ("Fed. R. Civ. P.") 72(b), the parties shall have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. <u>See also</u> Fed.R.Civ.P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. <u>Thomas v. Arn</u>, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **October 22, 2010**, as noted in the caption.

DATED this 6th day of October, 2010.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2