UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES WADE,<br><br>          Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>          Defendant. | CASE NO. C10-5596BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 5). The Court, having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The Report and Recommendation is **ADOPTED**;

(2) Plaintiff's application to proceed *in forma pauperis* is **DENIED**.

DATED this 29th day of October 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER